No. 818, Misc. WOOD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States. █

No. 687, Misc. LONG *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 731, Misc. O'CONNOR *v.* RODGERS, JAIL SUPER-INTENDENT. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Solicitor General Griswold* for respondent.

No. 496, October Term, 1967. WIEN ALASKA AIR-LINES, INC. *v.* UNITED STATES, 389 U. S. 940; and
No. 313, Misc., October Term, 1968. SMITH *v.* UNITED STATES, 393 U. S. 885. Motions for leave to file petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these motions.

No. ——. ANDERSON *v.* RAIMONDI, *ante,* p. 805. Petition for rehearing denied.

NOVEMBER 17, 1969

No. 85. ASSOCIATION OF DATA PROCESSING SERVICE ORGANIZATIONS, INC., ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES, ET AL. C. A. 8th Cir. [Certiorari granted, 395 U. S. 976.] Motion of petitioners for additional time for oral argument denied. *Bert M. Gross* on the motion.